UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Petitioner,<br><br>     v.<br><br>BRANDON LOVELL,<br><br>           Respondent. | **PETITION TO DETERMINE PRESENT MENTAL CONDITION OF AN IMPRISONED PERSON DUE FOR RELEASE UNDER 18 U.S.C. § 4246** |

The United States of America, by and through the United States Attorney for the District of Minnesota, moves the Court for a hearing on the present mental condition of Respondent Brandon Lovell pursuant to 18 U.S.C. § 4246. In support of its petition, the United States of America states as follows:

1. Respondent is incarcerated at the Federal Medical Center in Rochester, Minnesota (FMC Rochester) and is currently assigned to the Mental Health Care Unit.

2. Respondent pleaded guilty and was sentenced in the Eastern District of Arkansas to the following counts in Case No. 4:13-cr-00060: (1) Possession of a stolen firearm, a Class C Felony, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2); (2) Possession with intent to distribute methamphetamine, a Class B Felony, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B); and (5) Possession of a firearm during an in relation to a drug-trafficking offense, a Class A Felony, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i). He was sentenced to a term of 120 months on Counts 1 and 2, to be served concurrently, and 60 months on Count 5, to be served consecutively

to Counts 1 and 2. A true and correct copy of the Judgment in a Criminal Case, <u>United States v. Brandon Lovell</u>, Case No. 4:13-cr-00060 (E.D. Ark. Sept. 30, 2014), is attached as **Exhibit A**.

3.      Respondent has a current projected release date of March 7, 2026, via good conduct time release. A true and correct copy of the Public Information Inmate Data, for Bandon Lovell, Register No. 27514-009, is attached as **Exhibit B**.

4.      Respondent was examined by a Risk Assessment Review Panel at FMC Rochester. It is the Risk Panel's opinion that Respondent is presently suffering from a mental disease or defect as a result of which his release from custody would create a substantial risk of bodily injury to another person or serious damage to the property of another. Specifically, Respondent suffers from schizoaffective disorder, bipolar type. The Risk Panel opines there is a direct link between his psychiatric symptoms and his risk for violent behavior in the future. *See* **Exhibit C**, Risk Assessment Report.

5.      In accordance with 18 U.S.C. § 4246(a), the Warden of FMC Rochester has executed a Certificate of Mental Disease or Defect and Dangerousness, which certifies that Respondent is currently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, and that suitable arrangements for state custody and care of Respondent are not currently available. *See* **Exhibit D**, Certificate of Mental Disease or Defect and Dangerousness.

6.      At present, suitable arrangements for state custody are not available.  *See* **Exhibit E**, Letter from FMC Rochester, dated February 25, 2026.

7. There is clear and convincing evidence that Respondent suffers from a mental disease or defect which would create a substantial risk of bodily injury to another person or serious damage to the property of another if Respondent is released.

WHEREFORE, the United States of America moves this Court to set a time and date for a hearing to determine the present mental condition of Respondent; for an order finding that Respondent continues to suffer from a mental disease or defect; for an order committing Respondent to the custody of the Attorney General for continued hospitalization and treatment pursuant to Title 18 U.S.C. § 4246 until suitable state placement may be found or until Respondent's release no longer constitutes a substantial risk of bodily injury to another person or serious damage to the property of another.

Dated: March 3, 2026

DANIEL N. ROSEN
UNITED STATES ATTORNEY

*s:/Justin Page*
BY:_JUSTIN M. PAGE
Assistant United States Attorney
Attorney ID #321631
600 United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5600