```
RCHAC              *        PUBLIC INFORMATION           *     02-24-2026
PAGE 001           *           INMATE DATA               *     07:39:35
                            AS OF 02-24-2026

REGNO..: 27514-009 NAME: LOVELL, BRANDON

                   RESP OF: RCH
                   PHONE..: 507-287-0674   FAX: 507-424-7600
                                           RACE/SEX...: WHITE / MALE
                                           AGE:   39
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 03-07-2026                    PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

**GOVERNMENT EXHIBIT B**

```
 RCHAC              *        PUBLIC INFORMATION         *    02-24-2026
PAGE 002            *           INMATE DATA             *    07:39:35
                              AS OF 02-24-2026


REGNO..: 27514-009 NAME: LOVELL, BRANDON

                   RESP OF: RCH
                   PHONE..: 507-287-0674    FAX: 507-424-7600
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-07-2025

THE INMATE IS PROJECTED FOR RELEASE: 03-07-2026 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: ARKANSAS, EASTERN DISTRICT
DOCKET NUMBER...................: 4:13CR00060-001 SWW
JUDGE...........................: WRIGHT
DATE SENTENCED/PROBATION IMPOSED: 09-23-2014
DATE COMMITTED..................: 03-23-2015
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $300.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO     AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  383     21:841 SCH II NON-NARCOTIC

OFF/CHG: 18 USC 922(J) AND 18 USC 924(A)(2)
         POSSESSION OF A STOLEN FIREARM, A CLASS C FELONY
         21 USC 841(A)(1) AND 21 USC 841 (B)(1)(B)
         POSSESSION WITH INTENT TO DISTRIBUTE
         METHAMPHETAMINE ACTUAL, CLASS B FELONY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    120 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 010/020/010
 DATE OF OFFENSE................: 02-07-2013




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 RCHAC            *         PUBLIC INFORMATION         *    02-24-2026
PAGE 003          *            INMATE DATA             *    07:39:35
                              AS OF 02-24-2026


REGNO..: 27514-009 NAME: LOVELL, BRANDON

                     RESP OF: RCH
                     PHONE..: 507-287-0674   FAX: 507-424-7600

------------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS

 OFF/CHG: 18 USC 924(C) AND 18 USC 924(C)(1)(A)(I) POSSESSION OF A
          FIREARM DURING AND IN RELATION TO A DRUG-TRAFFICKING OFFENSE,
          A CLASS A FELONY

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     60 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 010/010/010
  DATE OF OFFENSE................: 02-07-2014

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-01-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-24-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 12-04-2014
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 02-07-2013

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     02-07-2013    12-03-2014




G0002        MORE PAGES TO FOLLOW . . .
```

```
RCHAC           *         PUBLIC INFORMATION        *    02-24-2026
PAGE 004 OF 004 *            INMATE DATA            *    07:39:35
                           AS OF 02-24-2026


REGNO..: 27514-009 NAME: LOVELL, BRANDON

                       RESP OF: RCH
                       PHONE..: 507-287-0674    FAX: 507-424-7600
TOTAL PRIOR CREDIT TIME.........: 665
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 702
TOTAL GCT EARNED................: 594
STATUTORY RELEASE DATE PROJECTED: 03-07-2026
ELDERLY OFFENDER TWO THIRDS DATE: 02-07-2023
EXPIRATION FULL TERM DATE.......: 02-07-2028
TIME SERVED.....................:     13 YEARS     18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 86.9
PERCENT OF STATUTORY TERM SERVED: 99.7

PROJECTED SATISFACTION DATE.....: 03-07-2026
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```