

bop

United States Department of Justice
Federal Bureau of Prisons
Federal Medical Center
2110 East Center Street
Rochester, Minnesota 55904

February 25, 2026

Skye Wilson, RN
Utilization Review Director
Arkansas State Hospital
305 S Palm St
Little Rock, AR 72205

Re: LOVELL, Brandon
Reg. No. 27514-009

Dear Ms. Wilson:

    Mr. Brandon Lovell is currently a patient on the Mental Health Unit at this facility. Mr. Lovell was convicted of Possession of a Stolen Firearm, Possession with Intent to Distribute Methamphetamine, and Possession of a Firearm During and in Relation to a Drug-Trafficking Offense. He has a projected release date of March 7, 2026. Mr. Lovell arrived at the Federal Medical Center (FMC), Rochester, Minnesota, on December 11, 2024.

    Mr. Lovell was designated to a Medical Referral Center for inpatient hospitalization for evaluation and treatment of a severe mental illness. In light of the upcoming expiration of Mr. Lovell's sentence, a risk assessment will be conducted pursuant to Title 18, USC, §4246 to assess whether the release of Mr. Lovell would create a substantial risk of bodily injury to another person or serious damage to the property of another person as a result of a mental disease or defect. The statute requires an attempt be made to place the patient in a state psychiatric facility for custody and care before a civil commitment in a Bureau of Prisons facility can be ordered by the court.

    Mr. Lovell was sentenced in the Eastern District of Arkansas and would need to reside in the Eastern District of Arkansas upon his release from custody. We would like to determine if the state of Arkansas is able to accept Mr. Lovell into the Arkansas state mental health system. Attached are Mr. Lovell's records for your review. We appreciate your willingness to consider his transfer.

    Please advise us, in writing, if the state is willing to accept Mr. Lovell for transfer. Enclosed are records outlining Mr. Lovell's condition. Should you have any questions, please contact me at (507) 424-7190 or gkoss@bop.gov. Thank you in advance for your attention to this matter.

Sincerely,

*Gina Koss, LICSW* (signature)
Gina Koss, LICSW
Clinical Social Worker

SENSITIVE

GOVERNMENT EXHIBIT

E